IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr63-MHT** |
| | ) | **(WO)** |
| **TREVON JACQUES GRIFFIN** | ) | |

### ORDER

It is ORDERED that:

(1) The government's motion (Doc. 46) to dismiss count two of the indictment is granted.

(2) The government's motion to make the preliminary order of forfeiture final as to defendant Trevon Jacques Griffin and for inclusion of the forfeiture order in the written judgment (Doc. 46) is granted.

DONE, this the 11th day of December, 2024.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**