IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:24cr63-MHT** |
| | ) | **(WO)** |
| **TREVON JACQUES GRIFFIN** | ) | |

**SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the revocation judgment entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Trevon Jacques Griffin to receive a comprehensive mental-health evaluation by a psychologist or psychiatrist who can provide a detailed written report to the court on the subjects below. The probation office shall consult with the Federal Defender program for assistance in identifying and arranging for an appropriate evaluation. The evaluation shall include appropriate diagnostic testing; shall address whether defendant Griffin has

experienced any trauma, including but not limited to the adverse childhood experiences already identified by Dr. Ashlee Zito, that may affect his current behavior and mental health, and if so, what treatment approaches are recommended to address any lingering impacts of those traumatic experiences; what mental-health (including substance-use) disorders he experiences, and what treatment, including specific treatment modalities, are recommended to address any disorders; and what treatment and supportive programs/services are recommended to assist him in complying with the terms of supervised release and avoiding further criminal activity.  The United States Probation Office shall file the evaluator's report with the court under seal.

 (2) The United States Probation Office shall ensure that, prior to the evaluation, the evaluator receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito (Doc. 36-1) and the presentence investigation report.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Griffin is faring on supervision.

DONE, this the 19th day of December, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**